UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEMINI MASTER FUND, LTD.,

                                    Plaintiff,

                    -against-

ANTS SOFTWARE, INC.,

                                    Defendant.

Civil Action No. 12 cv 0773

**AFFIDAVIT OF SERVICE**

---

NELSON VARGAS, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age and reside in New York County, New York.

2.      On January 31, 2012, I served a true and correct copy of a SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET AND RULE 7.1 STATEMENT, upon:

> Ant Software, Inc..
> c/o Registered Agent
> National Corporate Research, Ltd.
> 615 South Dupont Hwy
> Dover, DE 19901

by UPS overnight delivery service, by depositing a true copy thereof, securely enclosed in a properly addressed wrapper, into the custody of UPS, an overnight delivery service, for overnight delivery, prior to the latest time designated by UPS for overnight delivery, at the address designated above for said purpose.

_____
NELSON VARGAS

Sworn to before me this
7th day of February, 2012

_____
Notary Public

EDDIE M. RIVERA, JR.
Notary Public, State of New York
No. 01RI6180898
Qualified in Bronx County
Commission Expires January 22, 2016

1547982-1